# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:09cr100

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| **ROBIN KNIGHT SMITH and** ) | |
| **CHARLES PHILLIP SMITH.** ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's oral motion that the Orders setting conditions of release of the Defendants be modified such that the Defendants should be required to submit to prohibited substance testing as required by condition (8)(q) of the Orders Setting Conditions of Pretrial Release.

For the reasons stated by the Government, and for cause shown, **IT IS, THEREFORE, ORDERED** that the Government's oral motion to amend the conditions of pretrial release is **ALLOWED**, and the Orders Setting Conditions of Release [No. 1:09cr100, Doc. 6; No. 1:09cr101, Doc. 6], as previously amended [No. 1:09cr100, Doc. 17; No. 1:09cr101, Doc. 18], are hereby **AMENDED** to reinstate condition (8)(q) as an additional term of the

Defendants' bond. In all other respects, the Defendants shall continue to be subject to the same terms and conditions of release as previously ordered by this Court.

The Clerk of Court shall provide copies of this Order to counsel for the Government, counsel for the Defendants, and the United States Probation Office.

**IT IS SO ORDERED.**

Signed: January 17, 2011

Martin Reidinger
United States District Judge